UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE MICRON TECHNOLOGY, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 1-25-cv-00092-REP |
| | (Consolidated) |
| | **ORDER GRANTING STIPULATION TO STAY ACTION** |
| This Document Relates to: | |
| ALL ACTIONS | |

On May 13, 2025, all Parties, by and through their respective attorneys of record, filed a Stipulation to Stay Action jointly asking the Court to stay the Consolidated Derivative Action. Having reviewed the Stipulation to Stay Action, the Court  hereby orders the following:

1.      The Consolidated Derivative Action, including all deadlines, hearings, and conferences, as well as any discovery, is hereby stayed until the earlier of: (a) the issuance of a final decision and order on all motions to dismiss the operative complaints in the Securities Class Action; or (b) a final resolution of the Securities Class Action.

2.      During the pendency of the stay, Defendants shall not be required to move, or otherwise respond, to the current complaint(s) in the Consolidated Derivative Action.

3.      During the pendency of the stay, Plaintiffs may file a consolidated amended complaint in the Consolidated Derivative Action, but Defendants are not required to move, or otherwise respond, to any amended complaint.

**ORDER GRANTING STIPULATION TO STAY ACTION – Page 1**

4. During the pendency of the stay, Defendants shall promptly notify Plaintiffs of any derivative actions arising from substantially similar or the same facts as alleged in this Consolidated Derivative Action, after they are filed or made.

5. If a related derivative action is filed in this or any other jurisdiction and is not stayed for a similar or longer duration, Plaintiffs may lift the stay in the Consolidated Derivative Action by giving at least fourteen (14) days' notice to the Court and counsel for Defendants.

6. For any other reason, Plaintiffs or Defendants may move to lift the stay in the Consolidated Derivative Action by giving at least thirty (30) days' notice to the opposing Party.

7. During the pendency of the stay, if a related plenary derivative complaint is filed that references or quotes from documents produced by the Company in response to an inspection demand under Section 220 of the Delaware General Corporations Law, the Company will promptly thereafter produce a copy set of the Section 220 production to Plaintiffs, subject to a mutually agreed upon reasonable confidentiality agreement. During the pendency of the stay, Defendants will promptly produce all documents to Plaintiff produced to plaintiffs in any related derivative action, subject to a mutually agreed upon reasonable confidentiality agreement.

8. During the pendency of the stay, if a private mediation is convened for the Securities Class Action, Defendants will invite Plaintiffs to separately participate in the mediation solely with respect to the resolution of their derivative claims. If a private mediation is convened for any related derivative action, Defendants will invite Plaintiffs to participate in the mediation.

9. Upon lifting or termination of the stay, the Parties shall, within fourteen (14) days meet and confer regarding appropriate next steps to be taken in the Consolidated Derivative Action and notify the Court accordingly.

**ORDER GRANTING STIPULATION TO STAY ACTION – Page 2**

10.     Nothing in this stipulation shall be construed as a waiver of any party's rights or positions in law or in equity, or as a waiver of any defenses or claims that any party would otherwise have, including but not limited to objections to venue, personal jurisdiction, or standing.

**IT IS SO ORDERED.**

DATED: May 14, 2025

B. Lynn Winmill
U.S. District Court Judge

**ORDER GRANTING STIPULATION TO STAY ACTION – Page 3**